# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Douglas Enrique Lopez-Vivas,<br><br>　　　　　　Defendant. | No. CR-14-50002-001-TUC-JGZ (JR)<br><br>**ORDER** |

　　　Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Jacqueline J. Rateau that recommends finding that Defendant violated his terms of supervised release by committing another federal crime. (Doc. 13.)

　　　A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

　　　The Court has reviewed the record and concludes that Magistrate Judge Rateau's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1).

　　　Accordingly, IT IS HEREBY ORDERED as follows:

1. Magistrate Judge Rateau's Report and Recommendation (Doc. 13) is accepted and adopted;

2. The final disposition hearing is set for June 16, 2014 at 10:20 a.m. in Courtroom 5B, 405 W. Congress, Tucson Arizona before the Hon. Jennifer G. Zipps.

Dated this 16th day of May, 2014.

_____
Jennifer G. Zipps
United States District Judge